# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# PADUCAH DIVISION

**MARK PFEIFER**, Administrator of the )
Estate of James Kenneth Embry, Deceased, )
)
      **PLAINTIFF**, )
)
v. )   Case No. 5:15-CV-007-TBR
)
**CORRECTCARE-INTEGRATED** )
**HEALTH, INC.,** *et al.* )
)
      **DEFENDANTS.** )

## PLAINTIFF'S LIST OF TRIAL EXHIBITS

| Ex. # | Description | Bates No. |
|---|---|---|
| 1. | Critical Incident Review (signed, unredacted) | CIR000001-23 |
| 2. | Critical Incident Review (unsigned, unredacted) | CCIH 1702-1723 |
| 3. | KDOC Mortality Review | CCIH 161-162 |
| 4. | Death Certificate | |
| 5. | Medical Examiner's Report | CCIH 165-175 |
| 6. | Medical / Psychological Notes from 12/4/13 until death | |
| 7. | Special Management Unit Activity Logs 11/24/13-1/13/14 | CCIH 1686-1693 |
| 8. | Investigators Timeline 11/29/13-1/13/14 | CCIH 176-178 |
| 9. | Management Team Meeting Minutes 12/19/13 and 1/09/14 | CCIH 1731-1734 |
| 10. | Medication List – Start and End Dates | CCIH 180-181 |
| 11. | Medication Administration Record -- 1/01/13-1/31/14 (nothing prescribed Aug-Nov) | CCIH 182-191 |
| 12. | Records related to discontinuation of Embry's meds | |
| 13. | Position Descriptions -- CCIH -- (APRN, CNA, LPN and RN) | CCIH 1866-1874 |
| 14. | Staffing Patterns | |
| 15. | Standing Order—Hunger Strike | CCIH 1750 |
| 16. | Policy KCHC B-08 (revision effective 10-25-12) -- Management of Inmate Hunger Strikes | Plaintiff 1360-1361 |
| 17. | Policy KCHC-A-19 (effective 10/25/12) -- Special Management Health Status | Plaintiff 7617 |

| | | |
|---|---|---|
| 18. | Policy KSP-12-02-10 (effective 12/1/13) -- Psychiatric and Psychological Services Team | Plaintiff 1412-1416 |
| 19. | Policy KSP-13-01-01 (effective 1/6/06) -- Pharmacy Procedures | Plaintiff 1425-1430 |
| 20. | Policy KSP-13-02-01 (effective 1/6/06) -- Health Services | Plaintiff 1421-1424 |
| 21. | Policy KSP-13-02-04 (effective 1/6/06) -- Levels of Care and Staff Training | Plaintiff 1418-1420 |
| 22. | Policy KSP-13-02-09 (effective 12/1/13) -- Psychiatric and Psychological Services | Plaintiff 1402-1405 |
| 23. | Policy KDOC-10.2 (effective 8/20/13) -- Special Management Inmates | CCIH 573-590 |
| 24. | Western Baptist Hospital Records 7-10-12 (listing many psychiatric problems) | CCIH35, 34, 33, 32 |
| 25. | Investigator's Photos of Embry | CCIH1645, 1648, 1633, 1634, 1623, 1617 |
| 26. | Video: Pfeifer v. CCIH, et al. 2555 1-13-14, James Embry, Part 1 | |
| 27. | Video: Pfeifer v. CCIH, et al. 2555 1-13-14, James Embry, Part 2 | |
| 28. | Video: Pfeifer v. CCIH, et al. 2555 1-13-14, James Embry, Part 3 | |
| 29. | Video: Pfeifer v. CCIH, et al. 2555 1-13-14, James Embry, Part 4 | |
| 30. | Video: Pfeifer v. CCIH, et al. 2555 1-13-14, James Embry, Part 5 | |
| 31. | Video: Pfeifer v. CCIH, et al. 2555 1-13-14, James Embry, Part 6 | |
| 32. | Video: Pfeifer v. CCIH, et al. 2561 11-12 left embry.avi | |
| 33. | Video: Pfeifer v. CCIH, et al. 2561 11-12 left embry_2.avi | |
| 34. | Video: Pfeifer v. CCIH, et al. 2561 11-12 left embry_3.avi | |
| 35. | Wilkinson Time Card | CCIH1969-1974 |
| 36. | AP Questions & Responses | Note: Was Depo Ex. 38 |
| 37. | Embry -- Legislative Record Oct 2014 | Note: Was Depo Ex. 39 |
| 38. | Hiland Personnel File | Note: Was Depo Ex. 40 |
| 39. | Letter to AG from LaDonna Thompson, 3-24-14 | Note: Was Depo Ex. 41 |
| 40. | Hunger Strike Protocol Revised 3-25-14 | Note: Was Depo Ex. 42 |

| | | |
|---|---|---|
| 41. | News briefs from around Kentucky at 158 am EDT | Note: Was Depo Ex. 43 |
| 42. | Officials stand by as inmate starves | Note: Was Depo Ex. 44 |
| 43. | Timeline of events in fatal prison hunger strike | Note: Was Depo Ex. 45 |
| 44. | Wake-up call in inmates death Prison officials let man starve himself | Note: Was Depo Ex. 46 |
| 45. | Williams v Simpson – Order Denying Motion for Summary Judgment | Note: Was Depo Ex. 47 |
| 46. | Williams v. Simpson Complaint | Note: Was Depo Ex. 48 |
| 47. | Hiland depo excerpts in Warfield | Note: Was Depo Ex. 49 |
| 48. | Information Report from Josh Patton | CCIH1738-39 |
| 49. | Critical Incident Review Recommendation | 00000006-8 |
| 50. | Email from Doug Crall to Aaron Smith, RE: CIRT, 2-24-14 | Note: Was Depo Ex. 53 |
| 51. | KSP Org Charts | Note: Was Depo Ex. 60 |
| 52. | Letter from Embry to Dr. Crall Complaining about Hiland, Madden and Gresham AND Crall's Response -- 6/24/12 | CCIH801-03 |
| 53. | All Lab Results Report | CCIH195-99 |
| 54. | All Vital Signs Report | CCIH193-94 |
| 55. | Embry Physical Exam | CCIH100-04 |
| 56. | Extraordinary Occurrence Report -- 01/13/14 (Embry's Death) | CCIH505-08 |
| 57. | Extraordinary Occurrence Report -- 12/10/13 | CCIH736-38 |
| 58. | Extraordinary Occurrence Report -- 12/11/13 | CCIH730-32 |
| 59. | Extraordinary Occurrence Report -- 12/20/13 | CCIH733-35 |
| 60. | Hunger Strike and Multiple Hunger Strike Checklist | CCIH1694-98 |
| 61. | Hunger/Dehydration Strike -- Action Plan AND Hunger Strike Liquid and Food Intake Log (revised 7/11/14) | CCIH1724-30 |
| 62. | Investigator's Photos (FULL SET) | CCIH1617-58 |
| 63. | KSP Information Reports -- 1/13/14 | CCIH1738-49 |
| 64. | LifeNetReports (AED) -- Case Report, Continuous Summary, Test Log Report, Event Log | CCIH719-28 |
| 65. | Log of Embry's Bed Assignments | CCIH1604 |
| 66. | Log of Embry's External Movements | CCIH1599 |
| 67. | Memo -- 1/15/14 -- Hunger Strike | Plaintiff_001355-56 |
| 68. | Memo -- 2/6/14 -- Hunger Strike Procedures | Plaintiff_001357-58 |

| | | |
|---|---|---|
| 69. | Memo -- 3/03/14 -- Action Plan in Response to Critical Incident Review | CCIH1699-1701 |
| 70. | Memo -- 3/26/14 -- Action Plan Response G to the Critical Incident Review | CCIH643-46 |
| 71. | Memo -- 3/26/14 -- Action Plan Response H to the Critical Incident Review | CCIH647-49 |
| 72. | Memo -- 3/26/14 -- Action Plan Response J to Critical Incident Review | CCIH650-61 |
| 73. | Memo -- 5/11/07 -- Procedures for inmates on hunger strike | CCIH1735 |
| 74. | Memo -- 8/27/14 -- Segregation Inmate Food and Drink Refusal Supervision Protocol | Plaintiff_001359 |
| 75. | Segregation Detention Orders -- 11/29/13 and 1/10/14 | CCIH704-05 |
| | Any Exhibit Listed by Defendants and Not Objected to by Plaintiff | |

Respectfully submitted,

/s/Robert M. Blakemore
Daniel Smolen
danielsmolen@ssrok.com
Robert M. Blakemore
bobblakemore@ssrok.com
Smolen & Roytman, PLLC
701 South Cincinnati Avenue
Tulsa, OK 74119
Phone: (918) 585-2667
Fax: (918) 585-2669

Gregory A. Belzley
gbelzley@aol.com
Camille A. Bathurst
camillebathurst@aol.com
BelzleyBathurst Attorneys
P.O. Box 278
Prospect, KY 40059
502/228-5084

Bradley P. Rhoads
brad@rhoadsandrhoads.com
Sara J. Martin
sara@rhoadsandrhoads.com
Rhoads & Rhoads, PSC
115 East Second Street, Suite 100
Owensboro, KY 42302

270/683-4600

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on the 22nd day of March 2019, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to all ECF registrants who have appeared in this case.

s/ Robert M. Blakemore