**DAUNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**PADUCAH DIVISION**
**CASE NO. 5:15-CV-00007-TBR**

MARK PFEIFER, Administrator of the
Estate of James Kenneth Embry                                                              PLAINTIFF

v.

CORRECTCARE-INTEGRATED HEALTH, INC., *et al.*                              DEFENDANTS

---

### DR. HILAND'S DESIGNATION OF DEPOSITIONS

---

Comes the Defendant, Dr. Steve Hiland, by counsel and pursuant to Paragraph 5(h) of the Court's Amended Scheduling Order (DN 220, p. 2) and hereby designates the following portions of depositions to be read and/or displayed at trial:

Deposition of Janice Hope Gresham taken March 19, 2018:

- P. 5, L. 8 – P. 7, L. 10;
- P. 10, L. 12 – P. 10, L. 20;
- P. 11, L. 18 – P. 12, L. 8;
- P. 15, L. 19 – P. 16, L. 2;
- P. 16, L. 18 – P. 17, L. 6;
- P. 18, L. 15 – P. 19, L. 19;
- P. 20, L. 20 – P. 21, L. 12;
- P. 21, L. 23 – P. 22, L. 2;
- P. 22, L. 7 – P. 23, L. 8;
- P. 24, L. 8 – P. 24, L. 24;
- P. 26, L. 3 – P. 28, L. 15;
- P. 28, L. 21 – P. 32, L. 20;
- P. 33, L. 1 – P. 33, L. 8;
- P. 33, L. 10 – P. 33, L. 18;
- P. 33, L. 20 – P. 34, L. 8;
- P. 34, L. 10 – P. 36, L. 2;
- P. 36, L. 6 – P. 36, L. 9;
- P. 36, L. 25 – P. 37, L. 9;
- P. 37, L. 12 – P. 38, L. 9;
- P. 38, L. 11 – P. 39, L. 4;
- P. 39, L. 8 – P. 39, L. 17;
- P. 39, L. 19 – P. 41, L. 11;

- P. 41, L. 15 – P. 41, L. 23;
- P. 42, L. 1 – P. 43, L. 21;
- P. 43, L. 24 – P. 44, L. 9;
- P. 44, L. 12 – P. 46, L. 7;
- P. 46, L. 16 – P. 48, L. 20;
- P. 51, L. 1 -  P. 51, L. 18;
- P. 51, L. 25 – P. 52, L. 23;
- P. 53, L. 1 – P. 53, L. 22;
- P. 55, L. 6 – P. 55, L. 12;
- P. 55, L. 19 –P. 56, L. 1;
- P. 56, L. 7 – P. 59, L. 11;
- P. 59, L. 15 – P. 61, L. 18;
- P. 61, L. 24 – P. 64, L. 1;
- P. 64, L. 3 – P. 65, L. 25;
- P. 66, L. 17 – P. 67, L. 1;
- P. 68, L. 7 – P. 72, L. 1;
- P. 73, L. 4 – P. 74 L. 14, (first two words only);
- P. 77, L. 2 – P. 78, L. 15;
- P. 78, L. 19 – P. 79, L. 9;
- P. 82, L. 2 – P. 85, L. 8;
- P. 85, L. 13 – P. 87, L. 5;
- P. 87, L. 8 – P. 87, L. 17;
- P. 87, L. 20 – P. 88, L. 15; and
- P. 88, L. 22 – P. 90, L. 18.

Respectfully submitted,

BRADLEY, FREED & GRUMLEY, P.S.C.

By: _____
Gorman Bradley, Jr.
David T. Riley
1634 Broadway
P.O. Box 1655
Paducah, Kentucky 42001
(270) 443-0040
driley@kentuckylawyers.com
***Counsel for Dr. Steve Hiland***

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 22nd day of March, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notice of and a true and correct copy of the same to counsel of record.

_David T. Riley_
David T. Riley