# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
## PADUCAH DIVISION

| | |
|---|---|
| **MARK PFEIFER**, Administrator of the Estate of James Kenneth Embry, Deceased, | ) ) ) |
| **PLAINTIFF**, | ) ) ) |
| v. | ) ) Case No. 5:15-CV-007-TBR ) |
| **CORRECTCARE-INTEGRATED HEALTH, INC.,** *et al.* | ) ) ) ) |
| **DEFENDANTS.** | ) |

## PLAINTIFF'S RULE 26(a)(3) PRETRIAL DISCLOSURES

**COMES NOW,** the Plaintiff and respectfully submits his Fed. R. Civ. Pro. 26(a)(3) Pretrial Disclosures as follows:

**A.** **Witnesses**

**1.** **Witnesses Plaintiff Expects to Call at Trial**

| Name | Subject of Information |
|---|---|
| Bryan Scott Embry<br>c/o Daniel Smolen<br>Smolen & Roytman, PLLC<br>701 S. Cincinnati<br>Tulsa, OK 74119<br>(918) 585-2667 | Son of Decedent. Facts and circumstances relevant to allegations contained in the Complaint, administration of the Estate and identification of documents. |
| Marie Embry | Can testify consistent with statements made during probate proceedings. |
| Doug Crall, MD<br>1411 Glendower Drive<br>Louisville, KY 40245 | Would be expected to give testimony, including expert opinion testimony, consistent with his deposition. |
| Steve Hiland, MD<br>c/o David T. Riley<br>Bradley, Freed, and Grumley PSC<br>1634 Broadway<br>P.O. Box 1655<br>Paducah, KY 42002-1655 | Named Defendant. Facts and circumstances relevant to allegations contained in the Complaint. Embry's medical and mental health conditions. Policies, procedures, and practices in place at the Kentucky State Penitentiary. |

| | |
|---|---|
| 270-443-0040<br>Fax: 270-575-5498<br>Email: driley@kentuckylawyers.com | |
| Bob Wilkinson<br>c/o James M. Mooney<br>Moynahan Irvin Mooney PSC<br>110 North Main Street<br>Nicholasville, KY 40356<br>859-887-1200<br>Fax: 859-724-4116<br>Email: jmooney@mimfirm.com | Named Defendant. Facts and circumstances relevant to allegations contained in the Complaint. Embry's medical and mental health conditions. Policies, procedures, and practices in place at the Kentucky State Penitentiary. Policies, procedures, and practices of CCIH. |
| Bruce Bauer<br>680 Grigsby Rd<br>Cadiz, KY 42211-6319 | Named Defendant. Facts and circumstances relevant to allegations contained in the Complaint. Embry's medical and mental health conditions. Policies, procedures, and practices in place at the Kentucky State Penitentiary. |
| Jim Royster<br>67 OLD OLIVE RD<br>BENTON, KY 42025-6016 | Facts and circumstances relevant to allegations contained in the Complaint. Embry's medical and mental health conditions. Policies, procedures, and practices in place at the Kentucky State Penitentiary. Policies, procedures, and practices of CCIH. |
| Lori Secoy<br>c/o James M. Mooney<br>Moynahan Irvin Mooney PSC<br>110 North Main Street<br>Nicholasville, KY 40356<br>859-887-1200<br>Fax: 859-724-4116<br>Email: jmooney@mimfirm.com | Facts and circumstances relevant to allegations contained in the Complaint. Embry's medical and mental health conditions. Policies, procedures, and practices in place at the Kentucky State Penitentiary. Policies, procedures, and practices of CCIH. |
| Gloria Lewis<br>114 E 22ND ST<br>BENTON, KY 42025-1801 | Facts and circumstances relevant to allegations contained in the Complaint. Embry's medical and mental health conditions. Policies, procedures, and practices in place at the Kentucky State Penitentiary. Policies, procedures, and practices of CCIH. |
| Josh Patton | Named Defendant. Facts and circumstances relevant to allegations contained in the Complaint. Embry's medical and mental health conditions. Policies, procedures, and practices in place at the Kentucky State Penitentiary. Policies, procedures, and practices of CCIH. |
| Sondra Crosby, M.D.<br>**(Expert Witness)** | *See Report* |

| | |
|---|---|
| 801 Massachusetts Ave, Crosstown Building, 2nd floor Boston, MA 02118 | |
| JEFFREY L. METZNER, M.D. **(Expert Witness)** 3300 EAST FIRST AVENUE SUITE 590 DENVER, COLORADO 80206 | *See Report* |

**2. Witnesses Plaintiff May Call if the Need Arises**

| Name | Subject of Information |
|---|---|
| Linda Goins c/o James M. Mooney Moynahan Irvin Mooney PSC 110 North Main Street Nicholasville, KY 40356 859-887-1200 Fax: 859-724-4116 Email: jmooney@mimfirm.com | Named Defendant. Facts and circumstances relevant to allegations contained in the Complaint. Policies, procedures, and practices of CCIH. |
| Mark Pfeifer c/o Daniel Smolen Smolen & Roytman, PLLC 701 S. Cincinnati Tulsa, OK 74119 (918) 585-2667 | Administration of the Estate and identification of documents. |
| James Embry, Jr. c/o Daniel Smolen Smolen & Roytman, PLLC 701 S. Cincinnati Tulsa, OK 74119 (918) 585-2667 | Son of Decedent. Facts and circumstances relevant to allegations contained in the Complaint, administration of the Estate and identification of documents. |
| Crystal Fayee Embry Polston c/o Daniel Smolen Smolen & Roytman, PLLC 701 S. Cincinnati Tulsa, OK 74119 (918) 585-2667 | Daughter of Decedent. Facts and circumstances relevant to allegations contained in the Complaint, administration of the Estate and identification of documents. |
| Randy White c/o Oran S. McFarlan, III | Facts and circumstances relevant to allegations contained in the Complaint. Embry's medical and mental health conditions. Policies, procedures, and |

| | |
|---|---|
| Kentucky Justice & Public Safety Cabinet<br>125 Holmes Street, 2nd Floor<br>Frankfort, KY 40601<br>502-564-8246<br>Fax: 502-564-6686<br>Email: oran.mcfarlan@ky.gov | practices in place at the Kentucky State Penitentiary. Policies, procedures, and practices of CCIH. |
| Joel Dunlap<br>c/o Oran S. McFarlan , III<br>Kentucky Justice & Public Safety Cabinet<br>125 Holmes Street, 2nd Floor<br>Frankfort, KY 40601<br>502-564-8246<br>Fax: 502-564-6686<br>Email: oran.mcfarlan@ky.gov | Facts and circumstances relevant to allegations contained in the Complaint. Embry's medical and mental health conditions. Policies, procedures, and practices in place at the Kentucky State Penitentiary. Policies, procedures, and practices of CCIH. |
| Duke Petit<br>c/o Oran S. McFarlan , III<br>Kentucky Justice & Public Safety Cabinet<br>125 Holmes Street, 2nd Floor<br>Frankfort, KY 40601<br>502-564-8246<br>Fax: 502-564-6686<br>Email: oran.mcfarlan@ky.gov | Facts and circumstances relevant to allegations contained in the Complaint. Embry's medical and mental health conditions. Policies, procedures, and practices in place at the Kentucky State Penitentiary. Policies, procedures, and practices of CCIH. |
| Jeane Hinkebein<br>c/o Brent L. Caldwell<br>Caldwell Law Firm, PLLC<br>153 Market Street<br>Lexington, KY 40507<br>859-225-1400<br>Fax: 859-231-7588<br>Email: bcaldwell@caldwelllawyers.com | Facts and circumstances relevant to allegations contained in the Complaint. Embry's medical and mental health conditions. Policies, procedures, and practices in place at the Kentucky State Penitentiary. Policies, procedures, and practices of CCIH. |
| Gingy Grider<br>c/o Benjamin A. Bellamy<br>Brian Scott Jones<br>Danielle J. Lewis<br>Reminger Co., LPA - Louisville<br>730 W. Main Street, Suite 300<br>Louisville, KY 40202<br>502-584-1310<br>Fax: 502-589-5436<br>Email: bbellamy@reminger.com | Facts and circumstances relevant to allegations contained in the Complaint. Embry's medical and mental health conditions. Policies, procedures, and practices in place at the Kentucky State Penitentiary. Policies, procedures, and practices of CCIH. |

| | |
|---|---|
| Email: sjones@reminger.com<br>Email: dlewis@reminger.com | |
| John Wood<br>c/o Alea A. Arnett<br>Kentucky Justice & Public Safety Cabinet<br>125 Holmes Street, 2nd Floor<br>Frankfort, KY 40601<br>502-564-3279 X205<br>Fax: 502-564-6686<br>Email: amber.arnett@ky.gov | Facts and circumstances relevant to allegations contained in the Complaint. Embry's medical and mental health conditions. Policies, procedures, and practices in place at the Kentucky State Penitentiary. Policies, procedures, and practices of CCIH. |
| Heather Losser<br>c/o Brent L. Caldwell<br>Caldwell Law Firm, PLLC<br>153 Market Street<br>Lexington, KY 40507<br>859-225-1400<br>Fax: 859-231-7588<br>Email: bcaldwell@caldwelllawyers.com | Named Defendant. Facts and circumstances relevant to allegations contained in the Complaint. Embry's medical and mental health conditions. Policies, procedures, and practices in place at the Kentucky State Penitentiary. Policies, procedures, and practices of CCIH. |
| Hope Gresham | Named Defendant. Facts and circumstances relevant to allegations contained in the Complaint. Embry's medical and mental health conditions. Policies, procedures, and practices in place at the Kentucky State Penitentiary. Policies, procedures, and practices of CCIH. |
| Eric Madden | Named Defendant. Facts and circumstances relevant to allegations contained in the Complaint. Embry's medical and mental health conditions. Policies, procedures, and practices in place at the Kentucky State Penitentiary. Policies, procedures, and practices of CCIH. |
| Hobert Huddeston<br>c/o Oran S. McFarlan , III<br>Kentucky Justice & Public Safety Cabinet<br>125 Holmes Street, 2nd Floor<br>Frankfort, KY 40601<br>502-564-8246<br>Fax: 502-564-6686<br>Email: oran.mcfarlan@ky.gov | Named Defendant. Facts and circumstances relevant to allegations contained in the Complaint. Embry's medical and mental health conditions. Policies, procedures, and practices in place at the Kentucky State Penitentiary. Policies, procedures, and practices of CCIH. |
| Bruce VonDwingelo<br>c/o Oran S. McFarlan , III | Named Defendant. Facts and circumstances relevant to allegations contained in the Complaint. Embry's |

| | |
|---|---|
| Kentucky Justice & Public Safety Cabinet<br>125 Holmes Street, 2nd Floor<br>Frankfort, KY 40601<br>502-564-8246<br>Fax: 502-564-6686<br>Email: oran.mcfarlan@ky.gov | medical and mental health conditions. Policies, procedures, and practices in place at the Kentucky State Penitentiary. Policies, procedures, and practices of CCIH. |
| Adam Noles<br>c/o Oran S. McFarlan , III<br>Kentucky Justice & Public Safety Cabinet<br>125 Holmes Street, 2nd Floor<br>Frankfort, KY 40601<br>502-564-8246<br>Fax: 502-564-6686<br>Email: oran.mcfarlan@ky.gov | Named Defendant. Facts and circumstances relevant to allegations contained in the Complaint. Embry's medical and mental health conditions. Policies, procedures, and practices in place at the Kentucky State Penitentiary. Policies, procedures, and practices of CCIH. |
| Roger Mitchell<br>c/o Oran S. McFarlan , III<br>Kentucky Justice & Public Safety Cabinet<br>125 Holmes Street, 2nd Floor<br>Frankfort, KY 40601<br>502-564-8246<br>Fax: 502-564-6686<br>Email: oran.mcfarlan@ky.gov | Named Defendant. Facts and circumstances relevant to allegations contained in the Complaint. Embry's medical and mental health conditions. Policies, procedures, and practices in place at the Kentucky State Penitentiary. Policies, procedures, and practices of CCIH. |
| Rachel Hughes<br>c/o Oran S. McFarlan , III<br>Kentucky Justice & Public Safety Cabinet<br>125 Holmes Street, 2nd Floor<br>Frankfort, KY 40601<br>502-564-8246<br>Fax: 502-564-6686<br>Email: oran.mcfarlan@ky.gov | Named Defendant. Facts and circumstances relevant to allegations contained in the Complaint. Embry's medical and mental health conditions. Policies, procedures, and practices in place at the Kentucky State Penitentiary. Policies, procedures, and practices of CCIH. |
| Marshall Peek<br>c/o Oran S. McFarlan , III<br>Kentucky Justice & Public Safety Cabinet<br>125 Holmes Street, 2nd Floor<br>Frankfort, KY 40601<br>502-564-8246<br>Fax: 502-564-6686<br>Email: oran.mcfarlan@ky.gov | Named Defendant. Facts and circumstances relevant to allegations contained in the Complaint. Embry's medical and mental health conditions. Policies, procedures, and practices in place at the Kentucky State Penitentiary. Policies, procedures, and practices of CCIH. |

| Detective Steve Silfies | The Kentucky State Police investigation in to the death of Mr. Embry. Facts and circumstances relevant to allegations contained in the Complaint. |
|---|---|
| Brian Thomas | Officer who first discovered Decedant unresponsive in his cell among the group of officers who first entered Mr. Embry's cell after he was found unresponsive. Facts and circumstances relevant to allegations contained in the Complaint. |
| Thomas Bolton | Among the group of officers who first entered Mr. Embry's cell after he was found unresponsive. Facts and circumstances relevant to allegations contained in the Complaint. |
| Michael Paynter | Among the group of officers who first entered Mr. Embry's cell after he was found unresponsive. Facts and circumstances relevant to allegations contained in the Complaint. |
| Lt. Randy Robinson | 3CH Supervisor at the time of Mr. Embry's death. Facts and circumstances relevant to allegations contained in the Complaint. |
| Angela Dunham, Esq. | KDOC Legal Services. Member of the KDOC Review Team that reviewed the death of Mr. Embry. Facts and circumstances relevant to allegations contained in the Complaint. Embry's medical and mental health conditions. Policies, procedures, and practices in place at the Kentucky State Penitentiary. Policies, procedures, and practices of CCIH. |
| Cookie Crews | KDOC Health Services Administrator. Member of the KDOC Review Team that reviewed the death of Mr. Embry. Facts and circumstances relevant to allegations contained in the Complaint. Embry's medical and mental health conditions. Policies, procedures, and practices in place at the Kentucky State Penitentiary. Policies, procedures, and practices of CCIH. |
| Dr. Deborah Coleman | KDOC Mental Health Director. Member of the KDOC Review Team that reviewed the death of Mr. Embry. Facts and circumstances relevant to allegations contained in the Complaint. Embry's medical and mental health conditions. Policies, procedures, and practices in place at the Kentucky State Penitentiary. Policies, procedures, and practices of CCIH. |
| Aaron Smith | Deputy Warden, Kentucky State Reformatory. Member of the KDOC Review Team that reviewed the death of |

|  | Mr. Embry. Facts and circumstances relevant to allegations contained in the Complaint. Embry's medical and mental health conditions. Policies, procedures, and practices in place at the Kentucky State Penitentiary. Policies, procedures, and practices of CCIH. |
|---|---|
| Ronnie Patton | Lyon County Coroner. Facts and circumstances relevant to allegations contained in the Complaint. |
| Tandy Redd, EMT | Lyon County Medical Emergency Team member. Facts and circumstances relevant to allegations contained in the Complaint. |
| Paul Holt, EMT | Lyon County Medical Emergency Team member. Facts and circumstances relevant to allegations contained in the Complaint. |
| Lt. Terry Wynn | Interviewed by KDOC Review Team concerning death of Mr. Embry. Facts and circumstances relevant to allegations contained in the Complaint. |
| Lt. Larry Cranor | Interviewed by KDOC Review Team concerning death of Mr. Embry. Facts and circumstances relevant to allegations contained in the Complaint. |
| Dr. Gregory Wanger | Forensic Pathologist who conducted the autopsy of Mr. Embry. Facts and circumstances relevant to allegations contained in the Complaint. |

Any witnesses listed by Defendants and not objected to by Plaintiff.

Any witnesses needed for the identification or authentication of documents.

**3.    Witnesses Whose Testimony Plaintiff Expects to Present by Deposition**

Plaintiff does not expect to present any witnesses by deposition at this time. However, Plaintiff may present Dr. Crall by deposition.

**B.  EXHIBITS**

| Ex. # | Description | Bates No. |
|---|---|---|
| 1. | Critical Incident Review (signed, unredacted) | CIR000001-23 |
| 2. | Critical Incident Review (unsigned, unredacted) | CCIH 1702-1723 |
| 3. | KDOC Mortality Review | CCIH 161-162 |
| 4. | Death Certificate |  |
| 5. | Medical Examiner's Report | CCIH 165-175 |
| 6. | Medical / Psychological Notes from 12/4/13 until death |  |

| 7. | Special Management Unit Activity Logs 11/24/13-1/13/14 | CCIH 1686-1693 |
|---|---|---|
| 8. | Investigators Timeline 11/29/13-1/13/14 | CCIH 176-178 |
| 9. | Management Team Meeting Minutes 12/19/13 and 1/09/14 | CCIH 1731-1734 |
| 10. | Medication List – Start and End Dates | CCIH 180-181 |
| 11. | Medication Administration Record -- 1/01/13-1/31/14 (nothing prescribed Aug-Nov) | CCIH 182-191 |
| 12. | Records related to discontinuation of Embry's meds | |
| 13. | Position Descriptions -- CCIH -- (APRN, CNA, LPN and RN) | CCIH 1866-1874 |
| 14. | Staffing Patterns | |
| 15. | Standing Order—Hunger Strike | CCIH 1750 |
| 16. | Policy KCHC B-08 (revision effective 10-25-12) -- Management of Inmate Hunger Strikes | Plaintiff 1360-1361 |
| 17. | Policy KCHC-A-19 (effective 10/25/12) -- Special Management Health Status | Plaintiff 7617 |
| 18. | Policy KSP-12-02-10 (effective 12/1/13) -- Psychiatric and Psychological Services Team | Plaintiff 1412-1416 |
| 19. | Policy KSP-13-01-01 (effective 1/6/06) -- Pharmacy Procedures | Plaintiff 1425-1430 |
| 20. | Policy KSP-13-02-01 (effective 1/6/06) -- Health Services | Plaintiff 1421-1424 |
| 21. | Policy KSP-13-02-04 (effective 1/6/06) -- Levels of Care and Staff Training | Plaintiff 1418-1420 |
| 22. | Policy KSP-13-02-09 (effective 12/1/13) -- Psychiatric and Psychological Services | Plaintiff 1402-1405 |
| 23. | Policy KDOC-10.2 (effective 8/20/13) -- Special Management Inmates | CCIH 573-590 |
| 24. | Western Baptist Hospital Records 7-10-12 (listing many psychiatric problems) | CCIH35, 34, 33, 32 |
| 25. | Investigator's Photos of Embry | CCIH1645, 1648, 1633, 1634, 1623, 1617 |
| 26. | Video: Pfeifer v. CCIH, et al. 2555 1-13-14, James Embry, Part 1 | |
| 27. | Video: Pfeifer v. CCIH, et al. 2555 1-13-14, James Embry, Part 2 | |
| 28. | Video: Pfeifer v. CCIH, et al. 2555 1-13-14, James Embry, Part 3 | |
| 29. | Video: Pfeifer v. CCIH, et al. 2555 1-13-14, James Embry, Part 4 | |
| 30. | Video: Pfeifer v. CCIH, et al. 2555 1-13-14, James Embry, Part 5 | |

| 31. | Video: Pfeifer v. CCIH, et al. 2555 1-13-14, James Embry, Part 6 | |
| --- | --- | --- |
| 32. | Video: Pfeifer v. CCIH, et al. 2561 11-12 left embry.avi | |
| 33. | Video: Pfeifer v. CCIH, et al. 2561 11-12 left embry_2.avi | |
| 34. | Video: Pfeifer v. CCIH, et al. 2561 11-12 left embry_3.avi | |
| 35. | Wilkinson Time Card | CCIH1969-1974 |
| 36. | AP Questions & Responses | Note: Was Depo Ex. 38 |
| 37. | Embry -- Legislative Record Oct 2014 | Note: Was Depo Ex. 39 |
| 38. | Hiland Personnel File | Note: Was Depo Ex. 40 |
| 39. | Letter to AG from LaDonna Thompson, 3-24-14 | Note: Was Depo Ex. 41 |
| 40. | Hunger Strike Protocol Revised 3-25-14 | Note: Was Depo Ex. 42 |
| 41. | News briefs from around Kentucky at 158 am EDT | Note: Was Depo Ex. 43 |
| 42. | Officials stand by as inmate starves | Note: Was Depo Ex. 44 |
| 43. | Timeline of events in fatal prison hunger strike | Note: Was Depo Ex. 45 |
| 44. | Wake-up call in inmates death Prison officials let man starve himself | Note: Was Depo Ex. 46 |
| 45. | Williams v Simpson – Order Denying Motion for Summary Judgment | Note: Was Depo Ex. 47 |
| 46. | Williams v. Simpson Complaint | Note: Was Depo Ex. 48 |
| 47. | Hiland depo excerpts in Warfield | Note: Was Depo Ex. 49 |
| 48. | Information Report from Josh Patton | CCIH1738-39 |
| 49. | Critical Incident Review Recommendation | 00000006-8 |
| 50. | Email from Doug Crall to Aaron Smith, RE: CIRT, 2-24-14 | Note: Was Depo Ex. 53 |
| 51. | KSP Org Charts | Note: Was Depo Ex. 60 |
| 52. | Letter from Embry to Dr. Crall Complaining about Hiland, Madden and Gresham AND Crall's Response -- 6/24/12 | CCIH801-03 |
| 53. | All Lab Results Report | CCIH195-99 |
| 54. | All Vital Signs Report | CCIH193-94 |
| 55. | Embry Physical Exam | CCIH100-04 |

| | | |
|---|---|---|
| 56. | Extraordinary Occurrence Report -- 01/13/14 (Embry's Death) | CCIH505-08 |
| 57. | Extraordinary Occurrence Report -- 12/10/13 | CCIH736-38 |
| 58. | Extraordinary Occurrence Report -- 12/11/13 | CCIH730-32 |
| 59. | Extraordinary Occurrence Report -- 12/20/13 | CCIH733-35 |
| 60. | Hunger Strike and Multiple Hunger Strike Checklist | CCIH1694-98 |
| 61. | Hunger/Dehydration Strike -- Action Plan AND Hunger Strike Liquid and Food Intake Log (revised 7/11/14) | CCIH1724-30 |
| 62. | Investigator's Photos (FULL SET) | CCIH1617-58 |
| 63. | KSP Information Reports -- 1/13/14 | CCIH1738-49 |
| 64. | LifeNetReports (AED) -- Case Report, Continuous Summary, Test Log Report, Event Log | CCIH719-28 |
| 65. | Log of Embry's Bed Assignments | CCIH1604 |
| 66. | Log of Embry's External Movements | CCIH1599 |
| 67. | Memo -- 1/15/14 -- Hunger Strike | Plaintiff_001355-56 |
| 68. | Memo -- 2/6/14 -- Hunger Strike Procedures | Plaintiff_001357-58 |
| 69. | Memo -- 3/03/14 -- Action Plan in Response to Critical Incident Review | CCIH1699-1701 |
| 70. | Memo -- 3/26/14 -- Action Plan Response G to the Critical Incident Review | CCIH643-46 |
| 71. | Memo -- 3/26/14 -- Action Plan Response H to the Critical Incident Review | CCIH647-49 |
| 72. | Memo -- 3/26/14 -- Action Plan Response J to Critical Incident Review | CCIH650-61 |
| 73. | Memo -- 5/11/07 -- Procedures for inmates on hunger strike | CCIH1735 |
| 74. | Memo -- 8/27/14 -- Segregation Inmate Food and Drink Refusal Supervision Protocol | Plaintiff_001359 |
| 75. | Segregation Detention Orders -- 11/29/13 and 1/10/14 | CCIH704-05 |
| | Any Exhibit Listed by Defendants and Not Objected to by Plaintiff | |

Respectfully submitted,

/s/Robert M. Blakemore
Daniel Smolen
danielsmolen@ssrok.com
Robert M. Blakemore
bobblakemore@ssrok.com
Smolen & Roytman, PLLC
701 South Cincinnati Avenue

Tulsa, OK 74119
Phone: (918) 585-2667
Fax: (918) 585-2669

Gregory A. Belzley
gbelzley@aol.com
Camille A. Bathurst
camillebathurst@aol.com
BelzleyBathurst Attorneys
P.O. Box 278
Prospect, KY  40059
502/228-5084

Bradley P. Rhoads
brad@rhoadsandrhoads.com
Sara J. Martin
sara@rhoadsandrhoads.com
Rhoads & Rhoads, PSC
115 East Second Street, Suite 100
Owensboro, KY  42302
270/683-4600

*Attorneys for Plaintiff*


**CERTIFICATE OF SERVICE**

I hereby certify that on the 22nd  day of March 2019, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to all ECF registrants who have appeared in this case.

s/ Robert M. Blakemore