IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION

| | |
|---|---|
| MARK PFEIFER, Administrator of the Estate of James Kenneth Embry,  )<br><br>PLAINTIFF,  )<br><br>v.  )<br><br>CORRECTCARE-INTEGRATED HEALTH, INC., *et al.*,  )<br><br>DEFENDANTS  ) | Case No. 5:15-CV-007-TBR (Lead Case)<br>(consolidated with 5:15-CV-015-TBR) |

**PLAINTIFF'S DESIGNATION OF DEPOSITION TESTIMONY**

**COMES NOW**, Plaintiff, and submits the following designation of deposition testimony for trial in the above-entitled action.

**Harold Douglas Crall, M.D.**

On May 18, 2018, the deposition of Harold Douglas Crall, M.D. ("Dr. Crall") was taken in Louisville, Kentucky. The deposition was recorded by a certified short hand reporter. Plaintiff plans on calling Dr. Crall to testify live at trial and submits these designations only as a precaution. The designations made herein are of the transcript.

Page:Line

9:16-20

11:1-24

51:6-25

52:13 – 53:5

53:9 – 55:3

55:8 – 58:22

59:1-17

59:24 – 63:14

64:2 – 65:22

73:4 – 83:6

84:1 – 85:3

85:8 – 88:18

88:22 – 89:9

89:24 – 92:25

93:7 – 101:17

102:11 – 106:23

107:5-6

108:2 – 110:19

111:10 – 115:21

117:16 – 118:7

118:13 – 120:13

121:21-25

122:3 – 123:8

123:23 – 124:19

126:5-17

126:20 – 127:4

Respectfully submitted,

/s/Robert M. Blakemore
Daniel Smolen
danielsmolen@ssrok.com
Robert M. Blakemore

bobblakemore@ssrok.com
Smolen & Roytman, PLLC
701 South Cincinnati Avenue
Tulsa, OK 74119
Phone: (918) 585-2667
Fax: (918) 585-2669

Gregory A. Belzley
gbelzley@aol.com
Camille A. Bathurst
camillebathurst@aol.com
BelzleyBathurst Attorneys
P.O. Box 278
Prospect, KY  40059
502/228-5084

Bradley P. Rhoads
brad@rhoadsandrhoads.com
Sara J. Martin
sara@rhoadsandrhoads.com
Rhoads & Rhoads, PSC
115 East Second Street, Suite 100
Owensboro, KY  42302
270/683-4600

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

    I hereby certify that on the 22nd   day of March 2019, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to all ECF registrants who have appeared in this case.

                                                            s/ Robert M. Blakemore